HUTCHISON V LEADBETTER, No. 153938; Court of Appeals No. 332503.

*In re* WISE, No. 154024; Court of Appeals No. 332208.

*In re* MARTIN, No. 154086; reported below: 315 Mich App ___.